**Georgia LITTRELL, Appellant,**

v.

**EQUITABLE LIFE ASSURANCE SOCIETY, Appellee.**

**No. 00–2328.**

United States Court of Appeals, Eighth Circuit.

Submitted March 7, 2001.

Decided March 12, 2001.

Before BOWMAN, BEAM, and LOKEN, Circuit Judges.

[UNPUBLISHED]

PER CURIAM.

Georgia Littrell appeals the District Court's[1] adverse grant of summary judgment in her denial-of-benefits action arising under the Employment Retirement Income Security Act. We review a grant of summary judgment de novo. *DuMond v. Centex Corp.*, 172 F.3d 618, 621 (8th Cir. 1999). "In reviewing a grant of summary judgment, this Court views the record in the light most favorable to the non-moving party to ensure there is no genuine issue of material fact and that the moving party is entitled to summary judgment as a matter of law." *Id.* Having carefully reviewed the record and the parties' briefs, we affirm. Littrell has presented no legal or factual basis for reversing the District Court's judgment. *See* 8th Cir. R. 47B.

---

1. The Honorable Carol E. Jackson, United States District Judge for the Eastern District of Missouri.